UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

VICTOR ANDREWS,

        Plaintiff,

    -against-

DEBONAIR SOCIAL CLUB, LLC,

        Defendant.

---

Case No.: 1:19-cv-4775

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, VICTOR ANDREWS, are hereby dismissed without prejudice, in their entirety, as against Defendant, DEBONAIR SOCIAL CLUB, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 22, 2019
      New York, New York

                                    C.K. Lee, Esq.
                                    Lee Litigation Group, PLLC
                                    73 West Monroe Street
                                    Chicago, IL 60603
                                    Phone: (212) 465-1188

SO ORDERED:

---

U.S.D.J.